**Order entered October 15, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01360-CV

### HIGH REV POWER, L.L.C., Appellant

### V.

### MASSIMO MOTOR SPORTS, LLC, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07411-D**

## ORDER

Appellant is appealing the trial court's July 8, 2013 judgment. Appellant filed a notice of appeal on September 30, 2013. In the notice of appeal, appellant states "[o]n August 6, 2013, Defendant twice filed its Motion for New Trial. The filing receipts are attached hereto." Two receipts from Court File America and the motion for new trial are attached to the notice of appeal. One of the receipts notes the electronic submission of the motion for new trial was successful. The motion for new trial, however, does not contain a file stamp. To determine the timeliness of the notice of appeal, this Court must know if the motion for new trial was filed and, if so, the date the motion for new trial was filed. *See* TEX. R. APP. P. 26.1(a).

Accordingly, we **ORDER** the trial court, to conduct a hearing and make findings as to whether:

1. the motion for new trial was filed; and

2. if the motion for new trial was filed, the date that the trial court received the motion for new trial.

We **ORDER** the trial court to transmit to this Court, **WITHIN THIRTY DAYS** of the date of this order, its findings of fact, any supporting documentation, any orders, and the reporter's record, if any, of the hearing on this issue.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Ken Tapscott, Presiding Judge of the County Court at Law No. 4, and counsel for all parties.

We **ABATE** this appeal to allow the trial court to conduct the hearing. The appeal will be reinstated in thirty days or when the Court receives the findings, whichever occurs sooner.

/s/ ELIZABETH LANG-MIERS
JUSTICE